UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY ROBERT PETROZZI,

              Petitioner,

    v.

THURSTON COUNTY SUPERIOR COURT and THURSTON COUNTY CORRECTIONS,

              Respondent.

CASE NO. 3:17-cv-05677-RBL-JRC

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner has submitted an application seeking leave to proceed with this action *in forma pauperis*. Petitioner's application demonstrates that he is unable to afford the $5.00 filing fee. Petitioner's application to proceed *in forma pauperis* (Dkt. 1) is therefore GRANTED. The Clerk is directed to file petitioner's

1 petition for writ of habeas corpus without the prepayment of fees.  The Clerk is further directed

2 to send a copy of this Order to petitioner.

3     Dated this 27th day of September, 2017.

*[signature]*

J. Richard Creatura
United States Magistrate Judge