

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY ROBERT PETROZZI,

        Petitioner,

v.

THURSTON COUNTY SUPERIOR COURT and THURSTON COUNTY CORRECTIONS,

        Respondent.

CASE NO. 3:17-cv-05677-RBL-JRC

ORDER TO SHOW CAUSE OR AMEND

The District Court has referred this petition for a writ of habeas corpus to the United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

Petitioner Timothy Robert Petrozzi challenges his convictions for driving under the influence, intimidation of a judicial officer, driving without a license, assault, and obstruction of justice. After reviewing his petition previously, the Court declined to serve it on respondents because petitioner had not shown that his claims had been exhausted in state court and because

he had named improper respondents. Dkt. 8. However, the Court provided petitioner with leave to file an amended petition by October 27, 2017. *Id*. Petitioner has not yet done so.

In reviewing the record, the Court notes that the original order sent to petitioner was returned to the Clerk's office because petitioner was no longer in custody at Thurston County Jail. Dkt. 9. Since petitioner's relocation may have caused him to delay filing a response to the Court's previous order, the Court again orders him to show cause or amend.

Therefore, it is ORDERED:

(1) Petitioner shall show cause or file an amended petition **on or before December 1, 2017** addressing the deficiencies noted in the Court's previous order (Dkt. 8). Failure to show cause or file an amended petition will result in the Court recommending petitioner's habeas petition be dismissed.

(2) Petitioner is instructed to provide the Court with a notice of address change, informing the Court of his current address.

(3) The Clerk is directed to provide petitioner with a copy of this order and a blank habeas petition form. The Clerk is further instructed to provide petitioner a copy of the Court's previous order explaining the deficiencies in his habeas petition (Dkt. 8).

Dated this 14th day of November, 2017.

J. Richard Creatura
United States Magistrate Judge