UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY ROBERT PETROZZI,

Petitioner,

v.

THURSTON COUNTY SUPERIOR
COURT, et al.,

Respondents.

CASE NO. 3:17-cv-05677-RBL-JRC

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J.
Richard Creatura, objections to the Report and Recommendation, if any, and the remaining
record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation.

(2)     Petitioner's habeas petition is dismissed for failure to obey a court order.

**DATED** this 4th day of September, 2018.

Ronald B. Leighton
United States District Judge